UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-51 |
| CARLOS HUMBERTO HEREDIA RIVADENEIRA | * | SECTION: "T" |

### ORDER AND REASONS

The Court has pending before it Defendant Carlos Humberto Heredia Rivadeneira's Motion to Vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. R. Doc. 106. Defendant has also filed a Motion for Release pending resolution of his Motion to Vacate. R. Doc. 126. However, the Fifth Circuit has made clear that, in order to obtain release on bail pending the deposition of a § 2255 motion, a defendant must "raise[] substantial constitutional claims upon which he has a high probability of success," and must also show that "extraordinary or exceptional circumstances exist which make the grant of bail necessary to make the habeas remedy effective." *United States v. Poff*, 2022 WL 3335781, at *1 (5th Cir. Aug. 12, 2022) (citing *Calley v. Callaway*, 496 F.2d 701, 702 (5th Cir. 1974)). Defendant's Motion for Release fails to show that either of these prongs is met in this case. Accordingly;

**IT IS ORDERED** that Defendant's Motion for Release, R. Doc. 126, is **DENIED**.

New Orleans, Louisiana, this 30th day of May, 2024.

_____
Greg Gerard Guidry
United States District Judge