UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-51 |
| CARLOS HUMBERTO HEREDIA RIVADENEIRA | SECTION: T (1) |

**ORDER AND REASONS**

The Court has before it Defendant Carlos Humberto Heredia Rivadeneira's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). R. Doc. 102. The Government opposes the Motion, R. Doc. 113, and Mr. Heredia has submitted a reply memorandum in support, R. Doc. 108. Having considered the parties' arguments, along with the applicable law and facts, the Court will DENY Mr. Heredia's Motion.

It is well established that a defendant seeking compassionate release must overcome three hurdles: he must show extraordinary and compelling reasons justify his early release, that this effective reduction in his sentence is consistent with applicable policy statements of United States Sentencing Commission, and that his early release is consistent with the 18 U.S.C. § 3553(a) sentencing factors. *See, e.g.*, *United States v. Rollins*, 53 F.4th 353, 358 (5th Cir. 2022). If the district court determines the § 3553(a) factors to weigh against a defendant's release, it has the discretion to deny his motion. *Id.*

This Court recently denied Mr. Heredia's Motion to Reduce his Sentence pursuant to 18 U.S.C. § 3582(c)(2). R. Doc. 127. There, the Court determined, despite Mr. Heredia's eligibility

1

for a reduction following an amendment to the United States Sentencing Guidelines, that a reduced sentence would be insufficient to fulfill the § 3553(a) factors. *See* R. Doc. 140. Although Mr. Heredia argues the § 3553(a) factors support his compassionate release, asserting he poses a low risk of recidivism, no danger to the community if released, and has been adequately punished for his crime, the Court has already considered and rejected those arguments as raised in Mr. Heredia's counseled memorandum in support of the prior-addressed motion. *See* R. Doc. 139. Even having been afforded the benefit of liberal construction as a *pro se* litigant, Mr. Heredia presents no argument in the instant Motion that compels the Court to reconsider its prior determination that a reduced sentence would not adequately "reflect the seriousness of the defendant's offense, [] promote respect for the law, [or] provide just punishment for the offense." R. Doc. 140. Accordingly;

**IT IS ORDERED** that the Motion for Compassionate Release, R. Doc 102, is **DENIED**.

New Orleans, Louisiana, this 28th day of June, 2024.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**